**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| KOSSI AZI, individually and on behalf of all others similarly situated, | Civil No. 07-1776 (RHK/JSM) |
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL** |
| vs. | |
| MARSDEN HOLDING, L.L.C. and MARSDEN BLDG MAINTENANCE, L.L.C., | |
| Defendants. | |

Based upon the Stipulation for Dismissal filed by the parties, **IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

October 2, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
